**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| JAMES FITZGERALD BOWYER, | : | Case No. 19-13113(MDC) |
| Debtor. | : | |
| THE KIM LAW FIRM LLC and RICHARD KIM, | : | |
| Plaintiffs, | : | |
| v. | : | Adv. No. 19-00200(MDC) |
| JAMES FITZGERALD BOWYER, | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2019, upon consideration of the Motion of Defendant James Fitzgerald Bowyer to Dismiss Plaintiffs' Complaint, and any response thereto, it is ORDERED AND DECREED that the Motion is GRANTED. Plaintiffs' Complaint is hereby DISMISSED with prejudice.

BY THE COURT:

_____
J.