IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| JAMES FITZGERALD BOWYER, | : | Case No. 19-13113(MDC) |
| | : | |
| *Debtor.* | : | |
| | : | |
| THE KIM LAW FIRM LLC and | : | |
| RICHARD KIM, | : | Adv. No. 19-00200(MDC) |
| | : | |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES FITZGERALD BOWYER, | : | |
| | : | |
| *Defendant.* | : | |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEBTOR/DEFENDANT JAMES FITZGERALD BOWYER'S MOTION TO DISMISS**
<u>**PLAINTIFFS' ADVERSARY COMPLAINT**</u>

Plaintiffs, The Kim Law Firm, LLC ("KLF") and Richard Kim ("RK", collectively with "KLF" are the "Plaintiffs"), by and through the undersigned counsel, hereby respond to Debtor/Defendant James Fitzgerald Bowyer's ("Defendant" or "Bowyer") Motion to Dismiss ("Def.'s Motion") Plaintiff's Complaint (the "Complaint"). Plaintiffs offer their Response, more comprehensively set forth in the attached Memorandum of Law, and incorporate the same in support thereof.

1

2

        Respectfully submitted,

        **OFFIT KURMAN, P.A.**

By: */s/Ryan N. Boland*
     RYAN N. BOLAND, ESQUIRE
     Pa. ID No. 202977
     1801 Market Street, Suite 2300
     Philadelphia, PA 19103
     Telephone: (267) 338-1312
     E-mail: rboland@offitkurman.com

     *Counsel for the Plaintiffs,*
     *The Kim Law Firm, LLC and Richard Kim*

Dated: December 2, 2019