# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Chapter 7 |
| JAMES FITZGERALD BOWYER, | : | Case No. 19-13113(MDC) |
| *Debtor.* | : | |
| THE KIM LAW FIRM LLC and RICHARD KIM, | : | Adv. No. 19-00200(MDC) |
| *Plaintiffs,* | : | |
| v. | : | |
| JAMES FITZGERALD BOWYER, | : | |
| *Defendant.* | : | |

## ORDER

AND NOW, upon consideration of Debtor/Defendant James Fitzgerald Bowyer's Motion to Dismiss Plaintiff's Complaint, and Plaintiff's Response in Opposition,

IT IS, this _____ day of _____ 20\_\_\_, HEREBY ORDERED that Debtor/Defendant's Motion is DENIED.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge