## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| JAMES FITZGERALD BOWYER, | : | Case No. 19-13113(MDC) |
| *Debtor.* | : | |
| THE KIM LAW FIRM LLC and RICHARD KIM, | : | Adv. No. 19-00200(MDC) |
| *Plaintiffs,* | : | |
| v. | : | |
| JAMES FITZGERALD BOWYER, | : | |
| *Defendant.* | : | |

## **CERTIFICATE OF SERVICE**

I, Ryan Boland, Esquire, certify that a true and correct copy of this document was caused to be electronically filed this 2nd day of December 2019 with the Court's CM/ECF system, sending notification to all counsel of record.

Thomas D. Kenny, Esquire
Eileen T. Burns, Esquire
Kenney, Burns & McGill
1500 John F. Kennedy Boulevard, Suite 520
Philadelphia, PA 19102
*Counsel for Chapter 7 Debtor*

Lynne E. Feldman, Esquire
221 North Cedar Crest Boulevard
Allentown, PA 18104
*Chapter 7 Trustee*

-continued on following page-

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

          Respectfully submitted,

          **OFFIT KURMAN, P.A.**

By: */s/Ryan N. Boland*
     RYAN N. BOLAND, ESQUIRE
     Pa. ID No. 202977
     1801 Market Street, Suite 2300
     Philadelphia, PA 19103
     Telephone: (267) 338-1312
     E-mail: rboland@offitkurman.com

Dated: December 2, 2019