UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| James Fitzgerald Bowyer, | : | Bankruptcy No.   19-13113-MDC |
| Debtor. | : | |
| | | |
| The Kim Law Firm LLC and Richard Kim, | : | |
| Plaintiffs, | : | |
| v. | : | Adversary No.   19-00200-MDC |
| James Fitzgerald Bowyer, | : | |
| Defendant. | : | |

# **O R D E R**

**AND NOW**, it appears that the Plaintiff commenced an adversary proceeding on October 11, 2019.

**AND**, a summons was issued directing that any answer or responsive pleading be filed on or before November 14, 2019.

**AND**, if proper service has been made and there has been no answer or responsive pleading filed.

It is hereby **ORDERED** that:

1. The Plaintiff shall take appropriate action to prosecute this proceeding (e.g., a Motion under Fed. R. Bankr. P. 7055) on or before **July 19, 2021**.

2. Upon failure to prosecute this proceeding, this adversary proceeding **may be dismissed for lack of prosecution** without further notice or opportunity for a hearing.

Dated:   July 2, 2021

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Ryan N. Boland, Esquire
Offit Kurman, P.A.
Ten Penn Center
1801 Market Street, Suite 2300
Philadelphia, PA 19103