FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| JAMES FITZGERALD BOWYER, | : | Case No. 19-13113(MDC) |
| *Debtor.* | : | |
| THE KIM LAW FIRM LLC and RICHARD KIM, | : | Adv. No. 19-00200(MDC) |
| *Plaintiffs,* | : | |
| v. | : | |
| JAMES FITZGERALD BOWYER, | : | |
| *Defendant.* | : | |

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

Plaintiffs, The Kim Law Firm LLC and Richard Kim, by and through their undersigned counsel, pursuant to Fed. R. Civ. Proc. 55 and Bankruptcy Rule 7055, hereby request that Clerk of the Court enter a Notice of Default in the above-captioned matter. The Plaintiff duly served the Complaint on November 21, 2019. (ECF 8). The Court entered an Order on September 10, 2020 (ECF No. 14) granting in part and denying in part Defendant's Motion to Dismiss, and the Defendant's Answer was due on October 12, 2020. The Defendant, James Fitzgerald Bowyer has not filed a response to the Complaint.

Respectfully submitted,

**OFFIT KURMAN, P.A.**

By: */s/Ryan N. Boland*
RYAN N. BOLAND, ESQUIRE
Pa. ID No. 202977
1801 Market Street, Suite 2300
Philadelphia, PA 19103
Telephone: (267) 338-1312
E-mail: rboland@offitkurman.com

Dated: July 5, 2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| JAMES FITZGERALD BOWYER, | : | Case No. 19-13113(MDC) |
| *Debtor.* | : | |
| THE KIM LAW FIRM LLC and RICHARD KIM, | : | Adv. No. 19-00200(MDC) |
| *Plaintiffs,* | : | |
| v. | : | |
| JAMES FITZGERALD BOWYER, | : | |
| *Defendant.* | : | |

## CERTIFICATE OF SERVICE

I, Ryan Boland, Esquire, certify that a true and correct copy of this document was caused to be electronically filed this 6$^h$ day of July, 2021 with the Court's CM/ECF system, sending notification to all counsel of record.

Thomas D. Kenny, Esquire
Eileen T. Burns, Esquire
Kenney, Burns & McGill
1500 John F. Kennedy Boulevard, Suite 520
Philadelphia, PA 19102
*Counsel for Chapter 7 Debtor*

Lynne E. Feldman, Esquire
221 North Cedar Crest Boulevard
Allentown, PA 18104
*Chapter 7 Trustee*

*-continued on following page-*

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

        Respectfully submitted,

        **OFFIT KURMAN, P.A.**

By: */s/Ryan N. Boland*
     RYAN N. BOLAND, ESQUIRE
     Pa. ID No. 202977
     1801 Market Street, Suite 2300
     Philadelphia, PA 19103
     Telephone: (267) 338-1312
     E-mail: rboland@offitkurman.com

Dated: July 6, 2021

4823-0008-2673, v. 1