United States Bankruptcy Court

Eastern District of Pennsylvania

The Kim Law Firm LLC,
    Plaintiff

Adv. Proc. No. 19-00200-mdc

Bowyer,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 1
Date Rcvd: Jul 06, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jul 07 2021 03:36:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| RYAN NICHOLSON BOLAND | on behalf of Plaintiff Richard Kim rboland@offitkurman.com krystall.hasker@offitkurman.com |
| RYAN NICHOLSON BOLAND | on behalf of Plaintiff The Kim Law Firm LLC rboland@offitkurman.com krystall.hasker@offitkurman.com |
| THOMAS D KENNY | on behalf of Defendant James Fitzgerald Bowyer filings@kennyburnsmcgill.com malvarado@kennyburnsmcgill.com |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| James Fitzgerald Bowyer, | : | Bankruptcy No.   19-13113-MDC |
| Debtor. | : | |
| | | |
| The Kim Law Firm LLC and Richard Kim, | : | |
| Plaintiffs, | : | |
| v. | : | Adversary No.   19-00200-MDC |
| James Fitzgerald Bowyer, | : | |
| Defendant. | : | |

# **O R D E R**

**AND NOW**, it appears that the Plaintiff commenced an adversary proceeding on October 11, 2019.

**AND**, a summons was issued directing that any answer or responsive pleading be filed on or before November 14, 2019.

**AND**, if proper service has been made and there has been no answer or responsive pleading filed.

It is hereby **ORDERED** that:

1. The Plaintiff shall take appropriate action to prosecute this proceeding (e.g., a Motion under Fed. R. Bankr. P. 7055) on or before **July 19, 2021**.

2. Upon failure to prosecute this proceeding, this adversary proceeding **may be dismissed for lack of prosecution** without further notice or opportunity for a hearing.

Dated:  July 2, 2021

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Ryan N. Boland, Esquire
Offit Kurman, P.A.
Ten Penn Center
1801 Market Street, Suite 2300
Philadelphia, PA 19103