**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 7 |
|  | : |  |
| JAMES FITZGERALD BOWYER, | : | Case No. 19-13113(MDC) |
|  | : |  |
| *Debtor.* | : |  |
|  | : |  |
|  | : |  |
| THE KIM LAW FIRM LLC and | : |  |
| RICHARD KIM, | : | Adv. No. 19-00200(MDC) |
| *Plaintiffs,* | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| JAMES FITZGERALD BOWYER, | : |  |
|  | : |  |
| *Defendant.* | : |  |
|  | : |  |

**ORDER GRANTING JUDGMENT BY DEFAULT**

This matter came before the Court on the motion ("Motion") of Plaintiffs The Kim Law

Firm LLC and Richard Kim (collectively the "Plaintiffs"), for entry of judgment by default

against the Defendant, James Fitzgerald Bowyer (the "Defendant") in the above-captioned

Adversary Proceeding.

After due consideration of the Motion and any opposition thereto, if any, it is hereby:

ORDERED that the Motion is hereby, GRANTED IN ITS ENTIRETY and JUDGMENT

is entered by Default against Defendant denying the dischargeability of any portion of the claims

including in the Complaint filed with the Court of Common Pleas in and for Philadelphia

County, Pennsylvania under Docket No. May Term, 2018, Case No. 03106.

1

BY THE COURT:

_____
MADELINE D. COLEMAN
U.S. Bankruptcy Judge

Copies to:

Thomas D. Kenny, Esquire
Kenny, Burns & McGill
1500 John F. Kennedy Boulevard
Suite 520
Philadelphia, PA 19102
*Counsel for the Chapter 7 Debtor*

James Fitzgerald Bowyer
108 East Mill Road
Flourtown, PA 19031
*Chapter 7 Debtor/Defendant*

Lynne E. Feldman, Esquire
221 North Cedar Crest Boulevard
Allentown, PA 18104
*Chapter 7 Trustee*

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106