IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| JAMES FITZGERALD BOWYER, | : | Case No. 19-13113(MDC) |
| | : | |
| *Debtor.* | : | |
| | : | |
| THE KIM LAW FIRM LLC and RICHARD KIM, | : | Adv. No. 19-00200(MDC) |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES FITZGERALD BOWYER, | : | |
| *Defendant.* | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    The Kim Law Firm, LLC and Richard Kim, (the "Movants") has filed a Motion for the Entry of Judgment by Default pursuant to Bankruptcy Rule 7055 which incorporates Federal Rule of Civil Procedure 55 with the Court to permit the Entry of an Order granting Non-dischargeability of certain alleged claims against the Debtor.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before, **August 6, 2021**, you or your attorney must do all of the following:

(a) File an answer electronically explaining your position at:

Clerk's Office, United States Bankruptcy Court
The Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street
Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date state above; and

(b) Serve a copy of the response electronically on the Movant's attorney:

Ryan Boland, Esquire
Offit Kurman, P.A.
1801 Market Street, Suite 2300
Philadelphia, PA 19103
Email: rboland@offitkurman.com

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1 (b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman on **Wednesday, August 18, 2021 at 10:30 a.m.** in Courtroom 2, United States Bankruptcy Court, The Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107. Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to the disputed material factual issues in the matter directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Dated: July 19, 2021