IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| JAMES FITZGERALD BOWYER, | : | Case No. 19-13113(MDC) |
| Debtor. | : | |
| THE KIM LAW FIRM LLC and RICHARD KIM, | : | |
| Plaintiffs, | : | |
| v. | : | Adv. No. 19-00200(MDC) |
| JAMES FITZGERALD BOWYER, | : | |
| Defendant. | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Debtor James Fitzgerald Bowyer has filed a Motion to Set Aside the Entry of Default.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 08/16/2021 you or your attorney must do all of the following:

  (a) file an answer explaining your position at

  United States Bankruptcy Court
  Robert N.C. Nix Sr. Federal Courthouse
  900 Market Street
  Suite 400
  Philadelphia, Pennsylvania 19107

If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date and time stated above; and

      (b)    mail a copy to the movant's attorney:

          Thomas Kenny, Esquire
          Kenny, Burns & McGill
          1500 John F. Kennedy Boulevard, Suite 520
          Philadelphia, PA 19102
          Ph. (215) 423-5500
          F.  (215) 231-9847

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.    A telephonic hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on 09/01/2021 at 10:30 a.m. to participate please call (877) 336-1828 and the Access Code is 7855846.

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office(s) in Philadelphia at 215-408-2800 or Reading at 610 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Dated:  August 6, 2021