## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| JAMES FITZGERALD BOWYER, | Case No. 19-13113(MDC) |
| Debtor. | |
| THE KIM LAW FIRM LLC and RICHARD KIM, | |
| Plaintiffs, | |
| v. | Adv. No. 19-00200(MDC) |
| JAMES FITZGERALD BOWYER, | |
| Defendant. | |

## **ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of the Motion of Defendant James Fitzgerald Bowyer to Set Aside the Entry of Default, and any response thereto, it is ORDERED AND DECREED that the Motion is GRANTED. Defendant is hereby granted leave to answer Plaintiff's Complaint.

BY THE COURT:

_____
J.