IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| JAMES FITZGERALD BOWYER, | : | Case No. 19-13113(MDC) |
| | : | |
| Debtor. | : | |
| | : | |
| THE KIM LAW FIRM LLC and RICHARD KIM, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Adv. No. 19-00200(MDC) |
| | : | |
| JAMES FITZGERALD BOWYER, | : | |
| | : | |
| Defendant. | : | |

**MOTION OF DEFENDANT JAMES FITZGERALD
BOWYER TO SET ASIDE THE ENTRY OF DEFAULT**

Defendant James Fitzgerald Bowyer, by and through his attorneys, Kenny, Burns & McGill, respectfully moves this Honorable Court pursuant to Rule 7055 of the Rules of Bankruptcy Procedure which incorporates Rule 55 of the Federal Rules of Civil Procedure to set aside the entry of default. The grounds for this Motion are more fully set forth in the accompanying Memorandum

Case 19-00200-mdc    Doc 24-1    Filed 08/06/21    Entered 08/06/21 23:39:47    Desc
Brief in Opposition to Motion for Default Judgment    Page 2 of 2

2

of Law, which Defendant hereby incorporates by reference.

    Respectfully submitted,

    **KENNY, BURNS & MCGILL**

    */s/Thomas D. Kenny*
    Thomas D. Kenny, Esquire
    Identification No. 77611
    Eileen T. Burns, Esquire
    Identification No. 80404
    1500 John F. Kennedy Blvd., Suite 520
    Philadelphia, PA  19102
    (215) 423-5500
    filings@kennyburnsmcgill.com
    Attorneys for Defendant
    James Fitzgerald Bowyer

Dated:  August 6, 2021