### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| JAMES FITZGERALD BOWYER, | : | Case No. 19-13113(MDC) |
| *Debtor.* | : | |
| THE KIM LAW FIRM LLC and RICHARD KIM, | : | Adv. No. 19-00200(MDC) |
| *Plaintiffs,* | : | |
| v. | : | |
| JAMES FITZGERALD BOWYER, | : | |
| *Defendant.* | : | |

### ORDER

This matter came before the Court on the motion ("Motion") of Defendant James Fitzgerald Bowyer to Set Aside the Entry of Default in the above-captioned Adversary Proceeding.

After due consideration of the Motion and Plaintiff's response in opposition, it is hereby:

ORDERED on this ____ day of _____, 2021, that the Motion is DENIED and the Default is not set aside.

BY THE COURT:

_____
MADELINE D. COLEMAN
U.S. Bankruptcy Judge

1

Copies to:

Thomas D. Kenny, Esquire
Kenny, Burns & McGill
1500 John F. Kennedy Boulevard
Suite 520
Philadelphia, PA 19102
*Counsel for the Chapter 7 Debtor*

James Fitzgerald Bowyer
108 East Mill Road
Flourtown, PA 19031
*Chapter 7 Debtor/Defendant*

Lynne E. Feldman, Esquire
221 North Cedar Crest Boulevard
Allentown, PA 18104
*Chapter 7 Trustee*

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106