### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Chapter 7 |
| JAMES FITZGERALD BOWYER, : | Case No. 19-13113(MDC) |
| Debtor. : | |
| THE KIM LAW FIRM LLC and : | |
| RICHARD KIM, : | |
| Plaintiffs, : | |
| v. : | Adv. No. 19-00200(MDC) |
| JAMES FITZGERALD BOWYER, : | |
| Defendant. : | |

### DEFENDANT'S PRAECIPE TO WITHDRAW DOCUMENT 29

TO THE CLERK OF COURT:

Please allow Defendant James Fitzgerald Bowyer to withdraw the Reply to Plaintiff's Response to Motion to Set Aside the Entry of Default, Document Number 29, as the incorrect document was filed.

                                              **KENNY, BURNS & MCGILL**

                                              */s/ Thomas D. Kenny*
                                              Thomas D. Kenny, Esquire
                                              Identification No. 77611
                                              Eileen T. Burns, Esquire
                                              Identification No. 80404
                                              1500 John F. Kennedy Blvd.
                                              Suite 520
                                              Philadelphia, PA  19102
                                              (215) 423-5500
                                              filings@kennyburnsmcgill.com

                                              Attorneys for Defendant
                                              James Fitzgerald Bowyer

Dated: September 1, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of September 2021, I caused a true and correct copy of the foregoing to be served upon all counsel via the court's electronic filing system.

/s/ Thomas D. Kenny
Thomas D. Kenny, Esquire