## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| JAMES FITZGERALD BOWYER, | : | Case No. 19-13113(MDC) |
| *Debtor.* | : | |
| THE KIM LAW FIRM LLC and RICHARD KIM, | : | Adv. No. 19-00200(MDC) |
| *Plaintiffs,* | : | |
| v. | : | |
| JAMES FITZGERALD BOWYER, | : | |
| *Defendant.* | : | |

**ORDER**

This matter came before the Court on the motion of Plaintiffs The Kim Law Firm LLC and Richard Kim (collectively the "Plaintiffs"), for entry of judgment by default against the Defendant, James Fitzgerald Bowyer (the "Defendant"), ECF Nos. 20, 21, and 22 ("Plaintiffs' Motion"), as well as Defendant's Motion to Set Aside Default Judgment in the above-captioned Adversary Proceeding, ECF No. 23 ("Defendant's Motion"), and upon consideration of the parties' responses and oral argument of counsel, on this 1st day of September 2021, it is hereby **ORDERED**:

1.  The automatic bankruptcy stay pursuant to 11 U.S.C. § 362(a) is hereby **LIFTED,** for the limited purpose of allowing the parties to proceed with the action pending in matter captioned *The Kim Law Firm LLC and Richard Kim v. James Fitzgerald* Boyer, pending

in the Philadelphia County Court of Common Pleas Philadelphia County, Pennsylvania under Docket No. May Term, 2018, Case No. 03106.

2. Plaintiffs' Motion (ECF Nos. 20-22) and Defendant's Motion (ECF No. 23) are held in abeyance and a hearing on such Motions is scheduled for March 2, 2022 at 10:30 a.m. in the Robert N.C. Nix Federal Courthouse, Courtroom 2.

BY THE COURT:

February 18, 2022

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge

Copies to:

Thomas D. Kenny, Esquire
Kenny, Burns & McGill
1500 John F. Kennedy Boulevard
Suite 520
Philadelphia, PA 19102
*Counsel for the Chapter 7 Debtor*

James Fitzgerald Bowyer
108 East Mill Road
Flourtown, PA 19031
*Chapter 7 Debtor/Defendant*

Lynne E. Feldman, Esquire
221 North Cedar Crest Boulevard
Allentown, PA 18104
*Chapter 7 Trustee*

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

4825-8322-6361, v. 1