United States Bankruptcy Court

Eastern District of Pennsylvania

The Kim Law Firm LLC,

    Plaintiff

Bowyer,

    Defendant

Adv. Proc. No. 19-00200-mdc

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
| --- | --- | --- |
| Date Rcvd: Feb 22, 2022 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| dft | + | James Fitzgerald Bowyer, 108 E. Mill Road, Flourtown, PA 19031-2214 |
| pla | + | Richard Kim, c/o Offit Kurman, P.A., 1801 Market Street, Suite 2300, Philadelphia, PA 19103-1627 |
| pla | + | The Kim Law Firm LLC, c/o Offit Kurman, P.A., 1801 Market Street, Suite 2300, Philadelphia, PA 19103-1627 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Feb 23 2022 04:44:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2022

Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| RYAN NICHOLSON BOLAND | on behalf of Plaintiff Richard Kim rboland@offitkurman.com  krystall.hasker@offitkurman.com |
| RYAN NICHOLSON BOLAND | on behalf of Plaintiff The Kim Law Firm LLC rboland@offitkurman.com  krystall.hasker@offitkurman.com |

District/off: 0313-2                                 User: admin                                              Page 2 of 2
Date Rcvd: Feb 22, 2022                         Form ID: pdf900                                      Total Noticed: 4

THOMAS D KENNY

                        on behalf of Defendant James Fitzgerald Bowyer filings@kennyburnsmcgill.com  malvarado@kennyburnsmcgill.com

TOTAL: 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Chapter 7 |
|  | : |  |
| JAMES FITZGERALD BOWYER, | : | Case No. 19-13113(MDC) |
|  | : |  |
| *Debtor.* | : |  |
|  | : |  |
| THE KIM LAW FIRM LLC and | : |  |
| RICHARD KIM, | : | Adv. No. 19-00200(MDC) |
| *Plaintiffs,* | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| JAMES FITZGERALD BOWYER, | : |  |
|  | : |  |
| *Defendant.* | : |  |
|  | : |  |

### ORDER

This matter came before the Court on the motion of Plaintiffs The Kim Law Firm LLC and Richard Kim (collectively the "Plaintiffs"), for entry of judgment by default against the Defendant, James Fitzgerald Bowyer (the "Defendant"), ECF Nos. 20, 21, and 22 ("Plaintiffs' Motion"), as well as Defendant's Motion to Set Aside Default Judgment in the above-captioned Adversary Proceeding, ECF No. 23 ("Defendant's Motion"), and upon consideration of the parties' responses and oral argument of counsel, on this 1st day of September 2021, it is hereby **ORDERED**:

1.      The automatic bankruptcy stay pursuant to 11 U.S.C. § 362(a) is hereby **LIFTED,** for the limited purpose of allowing the parties to proceed with the action pending in matter captioned *The Kim Law Firm LLC and Richard Kim v. James Fitzgerald* Boyer, pending

in the Philadelphia County Court of Common Pleas Philadelphia County, Pennsylvania under

Docket No. May Term, 2018, Case No. 03106.

      2.     Plaintiffs' Motion (ECF Nos. 20-22) and Defendant's Motion (ECF No. 23) are

held in abeyance and a hearing on such Motions is scheduled for March 2, 2022 at 10:30 a.m. in

the Robert N.C. Nix Federal Courthouse, Courtroom 2.

<br>

                               BY THE COURT:

February 18, 2022

                               _____
                               MAGDELINE D. COLEMAN
                               Chief U.S. Bankruptcy Judge

Copies to:

Thomas D. Kenny, Esquire
Kenny, Burns & McGill
1500 John F. Kennedy Boulevard
Suite 520
Philadelphia, PA 19102
*Counsel for the Chapter 7 Debtor*

James Fitzgerald Bowyer
108 East Mill Road
Flourtown, PA 19031
*Chapter 7 Debtor/Defendant*

Lynne E. Feldman, Esquire
221 North Cedar Crest Boulevard
Allentown, PA 18104
*Chapter 7 Trustee*

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

4825-8322-6361, v. 1