IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| JAMES FITZGERALD BOWYER, | : | Case No. 19-13113(MDC) |
| *Debtor.* | : | |
| THE KIM LAW FIRM LLC and RICHARD KIM, | : | Adv. No. 19-00200(MDC) |
| *Plaintiffs,* | : | |
| v. | : | |
| JAMES FITZGERALD BOWYER, | : | |
| *Defendant.* | : | |

**CONSENT ORDER OF DISMISSAL WITH PREJUDICE OF
ADVERSARY PROCEEDING**

On October 11, 2019, Plaintiffs The Kim Law Firm LLC and Richard Kim (collectively the "Plaintiffs"), commenced the above-captioned adversary proceeding (the "Adversary Proceeding") against the Defendant, James Fitzgerald Bowyer (the "Defendant") seeking to except from discharge claims Plaintiffs made against Defendant in pending state court litigation. The Plaintiffs and Defendant have entered into a settlement agreement and they have agreed to dismiss the Adversary Proceeding with prejudice.

*[Remainder of Page Intentionally Left Blank]*

NOW, THEREFORE, upon the agreement of the Plaintiffs and the Defendant, it is

**ORDERED** Adversary Proceeding is hereby dismissed, with prejudice, with the parties to bear all of their own costs and expenses including, without limitation, attorneys' fees.

| | |
|---|---|
| **THE KIM LAW FIRM LLC AND RICHARD KIM** | **JAMES FITZGERALD BOWYER** |
| By their Counsel:<br>OFFIT KURMAN, P.C. | By his Counsel:<br>KENNY, BURN & MCGILL |
| By: /s/ Ryan N. Boland<br>Ryan N. Boland, Esq.<br>PA Bar ID No. 202977<br>Ten Penn Center<br>1801 Market Street, Suite 2300<br>Philadelphia, PA 19103<br>Telephone: (267) 338-1312<br>Facsimile: (267) 338-1335<br>E-mail: rboland@offitkurman.com<br>*Attorneys for Plaintiffs, The Kim Law Firm LLC and Richard Kim* | By: /s/ Thomas D. Kenny<br>Thomas D. Kenney, Esq.<br>PA Bar ID No. 77611<br>Eileen T. Burns, Esq.<br>PA Bar ID No. 80404<br>1500 John F. Kennedy, Blvd<br>Suite 520<br>Philadelphia, PA 19102<br>Telephone: (215) 423-5500<br>Email: filings@kennyburnsmicgill.com<br>*Attorneys for Defendant, James Fitzgerald Bowyer* |
| Dated: May 23, 2022 | Dated May 23, 2022 |

SO ORDERED this ___ day of _____, 2022

                                                  BY THE COURT:

                                                  _____
                                                  MAGDELINE D. COLEMAN
                                                  U.S. Bankruptcy Judge

Copies to:

Thomas D. Kenny, Esquire
Eileen T. Burns, Esq.
Kenny, Burns & McGill
1500 John F. Kennedy Boulevard
Suite 520
Philadelphia, PA 19102
*Counsel for the Chapter 7 Debtor*

James Fitzgerald Bowyer
108 East Mill Road
Flourtown, PA 19031
*Chapter 7 Debtor/Defendant*

Lynne E. Feldman, Esquire
221 North Cedar Crest Boulevard
Allentown, PA 18104
*Chapter 7 Trustee*

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| JAMES FITZGERALD BOWYER, | : | Case No. 19-13113(MDC) |
| | : | |
| *Debtor.* | : | |
| | : | |
| THE KIM LAW FIRM LLC and | : | |
| RICHARD KIM, | : | Adv. No. 19-00200(MDC) |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES FITZGERALD BOWYER, | : | |
| | : | |
| *Defendant.* | : | |

**CERTIFICATE OF SERVICE**

I, Ryan N. Boland, Esquire hereby certify that on this 23rd day of May, 2022, I served a true and correct copy of the Stipulation of Dismissal via the CM/ECF system of the Court, upon the following parties in interest:

Thomas D. Kenny, Esquire
Kenny, Burns & McGill
1500 John F. Kennedy Boulevard
Suite 520
Philadelphia, PA 19102
*Counsel for the Chapter 7 Debtor*

James Fitzgerald Bowyer
108 East Mill Road
Flourtown, PA 19031
*Chapter 7 Debtor/Defendant*

*-continued on following page-*

Lynne E. Feldman, Esquire
221 North Cedar Crest Boulevard
Allentown, PA 18104
*Chapter 7 Trustee*

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

        Respectfully submitted,

        **OFFIT KURMAN, P.A.**

        By: */s/Ryan N. Boland*
            RYAN N. BOLAND
            PA Bar ID No. 202977
            Ten Penn Center
            1801 Market Street, Suite 2300
            Philadelphia, PA 19103
            Telephone: (267) 338-1312
            Facsimile: (267) 338-1335
            E-mail: rboland@offitkurman.com

Dated: May 23, 2022

4857-2422-6336, v. 1